IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING d/b/a, BALFOUR BEATTY COMMUNITIES, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 118-48 |
| LARRISA RANALDSON; DERRICK RANALDSON; DEAUDIS DIXON; and TYIANNA DIXON, | * * * * | |
| Defendants. | * | |

**O R D E R**

On April 4, 2018, Plaintiff filed a notice of voluntary dismissal. To date, Defendant has not served its answer or motion for summary judgment. Accordingly, Plaintiff's voluntary dismissal complies with the Federal Rule of Civil Procedure 41(a)(1)(A)(i). Upon due consideration, Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA